FILED

NOV 18 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHRISTOPHER BATTERTON,<br><br>          Plaintiff - Respondent,<br><br> v.<br><br>DUTRA GROUP,<br><br>          Defendant - Petitioner. | No. 15-80027<br><br>D.C. No. 2:14-cv-07667-PJW<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: W. FLETCHER and OWENS, Circuit Judges.

Petitioner's motion for leave to file a reply in support of its petition for permission to appeal is granted. The reply received on February 25, 2015 has been filed.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

DA/MOATT