JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BATTERTON, | Case No.: CV14-7667-PJW |
| Plaintiff, | |
| v. | ORDER |
| THE DUTRA GROUP, | |
| Defendant. | |

IT IS HEREBY ORDERED that the above entitled action is dismissed with prejudice, with each party to bear its own costs and attorney fees.

Dated: June 18, 2020

Hon. Patrick J. Walsh
United States Magistrate Judge

ORDER